

# CHRIS DANIEL

## HARRIS COUNTY DISTRICT CLERK

July 28, 2015

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

7/30/2015 10:46:26 AM

CHRISTOPHER A. PRINE
Clerk

HONORABLE MARY LOU KEEL
232ND DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name: WILLIAM CHARLES WINGATE

Cause No: 718143

Court: 232ND DISTRICT COURT

Please note the following appeal updates on the above mentioned cause:

**Defendant's <u>Notice of Appeal</u> on motion only- filed date:** 07/20/2015
**Ruling Made:** 06/30/2015
**Court of Appeals Assignment: Fourteenth Court of Appeals**
**Appeal Attorney of Record: TO BE DETERMINED**

Sincerely,

/s/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
    District Attorney
    Appellate Division
    Harris County, Texas

This is your notice to inform any and all substitute reporters in this cause.

Cause No. 718143

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| VS. | § | 232ND JUDICIAL DISTRICT |
| WILLIAM C. WINGATE, | § | OF HARRIS COUNTY, TEXAS |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, WILLIAM C. WINGATE, TDCJ#777922, Defendant in the above reference cause files his NOTICE OF APPEAL from the Memorandum Response denying petitioner his "MOTION TO OBTAIN DOCUMENTS AND TRIAL RECORDS IN FORMA PAUPERIS" from the 232nd Judicial District COURT OF Harris County, Texas case trial court number 718143.

The date of DENIAL June 22, 2015, William C. Wingate desires to appeal.

The Court to which the appeal is taken, the Fourteenth Court of Appeals William C. Wingate is the party filing the notice.

The appellant is a party affected by the trial court's clerk Kathy Tickle of the 232nd District Court, but did not participate either in person or through counsel-in hearing that resulted in the DENIAL complained of;

The "DENIAL" of dismissal was based on appellant's "MOTION TO OBTAIN DOCUMENT AND TRIAL RECORDS IN FORMA PAUPERIS".

EXECUTED on this day 10TH of July, 2015.

Respectfully submitted,

/S/William C. Wingate
TDCJ#777922
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

1 of 1

William C. Wingate —# 777922
Eastham Unit
2665 Prison Rd. #1
Lovelady, Texas 75851

NORTH TEXAS TX P&DC
DALLAS TX 750
15 JUL 2015 PM 11 L

Chris Daniel, Clerk
Harris County, Texas
P.O. BOX 4651
Houston, Texas 77210-4651

77210-465151

 

Cause No. _718143_

THE STATE OF TEXAS

v.

_William C. Wingate_, Defendant

IN THE _232_ DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

[✓] is not a plea-bargain case, and the defendant has the right of appeal. [*or*]

[ ] is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [*or*]

[ ] is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [*or*]

[ ] is a plea-bargain case, and the defendant has NO right of appeal. [*or*]

[ ] the defendant has waived the right of appeal.

_____
Judge

_7/24/2015_
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_Def in TDC_
Defendant

_N/A_
Defendant's Counsel

**FILED**
**Chris Daniel**
**District Clerk**

Mailing Address: _____

Telephone number: ___ JUL 24 2015 ___

Fax number (if any): Time:_____
Harris County, Texas

By_____
Deputy

State Bar of Texas ID number: _____

Mailing Address: _____

Telephone number: _____

Fax number (if any): _____

\* "A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

# APPEAL CARD

Motion to obtain Documents

Dul. 8-29-15 · 14th

Court 232

Cause No. 718143

The State of Texas
Vs

William C. Wingate

6-30-15

Date Notice
Of Appeal: 7/20/2015

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding Mary Lou Keel

Court Reporter N/A

Court Reporter_____

Court Reporter_____

Attorney
on Trial N/A

Attorney
on Appeal TBD

Appointed_____ Hired_____

Offense Murder

Jury Trial Yes ✓ No_____

Punishment
Assessed Life

Companion Cases
(If Known) N/A

Amount of
Appeal Bond N/A

Appellant
Confined: Yes ✓ No_____

Date Submitted
To Appeal Section 7/24/2015

Deputy Clerk S. M___ 13/986